Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>  vs.<br><br>PROJECT HIGHWAY 65 LLC dba ELKINS FROSTY;<br><br>    Defendant. | Case No. 2:21-cv-02013-JAM-DB<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREA**S, on October 29, 2021, Plaintiff, Darren Gilbert ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On November 1, 2021, an order requiring service of process and joint status report was issued (ECF No. 3) ("Order"). The Order required that all defendants be served with the complaint no later than January 27, 2022;

**WHEREAS**, Defendant Project Highway 65 LLC dba Elkins Frosty ("Defendant") has not appeared in this action;

**WHEREAS**, Plaintiff has been diligently attempting to serve Defendant with the Summons and Complaint, but has not been able to effect service on Defendant to date;

**WHEREAS**, Plaintiff has attempted to serve Defendant at 4473 Cheval Way, Roseville, CA 95747, but according to the process server, a teenage male acknowledged that the agent, Navpreet Singh Sandhu was not home;

**WHEREAS**, on December 28, 2021, Plaintiff provided County Process Service, Inc. the process server with instructions to serve Defendant's agent, Gurbir Singh Randhawa (Manager) at 10050 Dona Neely Way, Elk Grove, CA 95757; however, service is still being attempted;

**WHEREAS**, Plaintiff plans to make further service attempts to ensure that Defendant is adequately served and receive notice of this action before he seeks a default judgment;

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including March 28, 2022 to effect service of his Complaint on Defendants.

Dated: February 2, 2022                MOORE LAW FIRM, P.C.


                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Darren Gilbert

## ORDER

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the order requiring service of process and joint status report was issued in this matter filed November 1, 2021 (ECF No. 3) be amended to continue the last day by which Plaintiff must serve the Complaint on Defendant from January 27, 2022 to March 28, 2022.

**IT IS SO ORDERED.**

Dated:  February 3, 2022                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE